■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR SPINNEY, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to appeal on original papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ TOWN OF WALES, Respondent, v. EDWIN L. SMITH, Doing Business as CIRCLE MOBILE HOME COURTS, Appellant.— Application for final order of dismissal denied; time for filing and serving appellant's brief extended to October 7, 1958.

■ In the Matter of the Estate of ARTHUR E. HEDSTROM, Deceased.— Appeal dismissed, without costs, upon stipulation.

■ In the Matter of the Estate of KATHERINE W. HEDSTROM, Deceased.— Appeal dismissed, without costs, upon stipulation.

■ WILLIAM McENTEE, Respondent, v. STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation.

■ WALTER E. COMSTOCK et al., Plaintiffs, v. CITY SCHOOL DISTRICT OF THE CITY OF CORNING, Defendant.— Appeal dismissed, without costs, upon stipulation.

■ ELEANOR ZYWICKI, as Administratrix, et al., Plaintiffs, v. AMERICAN RADIATOR & STANDARD SANITARY CORP., Defendant.— Appeal dismissed, without costs, upon stipulation.

■ ANGELO VERDI, Appellant, v. KENNETH ELLIS, Respondent.— Appeal dismissed, without costs, upon stipulation.

■ VOCATIONAL, EDUCATION AND EXTENSION BOARD OF ALLEGANY COUNTY, Appellant, v. BERNHARDT W. SELIGMAN, Respondent.— Appeal dismissed, without costs, upon stipulation.

■ EDWIN S. PHILLIPS et al., Doing Business as PHILLIPS, WERTMAN & Co., Appellants, v. HATTIE SAVAREE et al., Respondents.— Appeal dismissed, without costs, upon stipulation.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY LANGERT, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Appeal dismissed, without costs, upon stipulation.

■ ALOIS E. GOERGEN, Respondent, v. FRANK X. NEBRICH et al., as Committee of PETER C. NEBRICH, Appellants.— Appeal dismissed for failure to comply with previous order, without costs.

■ In the Matter of the Investigation of ALBERT E. SANDROW, Appellant; ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Respondent.— Stay vacated and appeal dismissed, for failure to comply with previous order, without costs.

■ JAMES H. HOLMES, Appellant, v. MICHAEL W. BRACKETT, Respondent.— Motion granted and appeal dismissed, with $10 motion costs.

■ MICHAEL A. KAHN, Appellant, v. STATE OF NEW YORK, Respondent.— Motion granted and appeal dismissed, without costs.

■ PAUL J. SALERNO, Appellant, v. WALTER V. REYNOLDS, Respondent.— Motion granted and appeal dismissed, with $10 motion costs.

■ WILLIE WASHINGTON, SR., et al., Appellants, v. NIAGARA FALLS SCHOOL DISTRICT et al., Respondents.— Motion granted and appeal dismissed, without costs.

■ WILLIAM F. SULLIVAN et al., Plaintiffs, v. CENTRAL MUTUAL INS. CO. et al., Defendants. RICHARD E. FITZSIMONS et al., Plaintiffs, v. CENTRAL MUTUAL INS. Co. et al., Defendants.— Motion granted and appeal dismissed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMANUEL DOLD, Appellant.— Motion granted and appeal dismissed.